THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CARLTON F. BENNETT AND
BENNETT AND SHARP, PLLC,

     Plaintiffs,

v.                                  Case No. 2:17cv00092

JOHN E. ZYDRON AND ZYDRON LAW FIRM, PLLC,

     Defendants.

## **NOTICE OF SETTLEMENT**

     The parties, by counsel, give notice to the Court that they have reached a settlement in the

above captioned matter.  A Stipulation of Dismissal will be submitted by the parties.


By:_____/s/_____
     Gregory A. Giordano (VSB No. 15429)
     Jason E. Ohana (VSB No. 82485)
     WILLCOX & SAVAGE, PC
     222 Central Park Avenue, Ste. 1500
     Virginia Beach, VA 23462
     757-628-5600 (Telephone)
     757-628-5659 (Facsimile)
     ggiordano@wilsav.com
     Johana@wilsv.com
     *Counsel for Plaintiffs*


By:_____/s/_____
     Kenneth F. Hardt (VSB No. 23966)
     SINNOTT, NUCKOLS & LOGAN, P.C.
     13811 Village Mill Drive
     Midlothian, Virginia 23114
     804-893-3861 (Telephone)
     804-378-2610 (Facsimile)
     khardt@snllaw.com
     *Counsel for Defendant John E. Zydron*

1

By: _____/s/_____
    Kristan Boyd Burch (VSB No. 42640)
    KAUFMAN & CANOLES, PC
    150 W Main St
    PO Box 3037
    Norfolk, VA 23510
    (757) 624-3000
    kbburch@kaufcan.com
    *Counsel for Defendants*

I-1543934.1